

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00740-CR

Ex Parte Juan Luis **BALTAZAR-PEREZ**

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,801
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

 The court reporter has filed a notification of late reporter's record, requesting an extension. We grant the request and ORDER the court reporter to file the reporter's record by December 9, 2022.

_____
Liza A. Rodriguez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court